UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBS STUDIOS INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESILU STUDIOS, INC., a Delaware corporation; DESILU CORPORATION, a Delaware corporation; and CHARLES HENSLEY, an individual,<br><br>Defendants. | Case No.: 2:18-cv-09309<br><br>Assigned to Hon. Andrew J. Guilford<br><br>[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION |

JS-6

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17413175.1
206091-10015

[PROPOSED] JUDGMENT

This Court, having reviewed Plaintiff CBS Studios Inc.'s ("CBS") written submissions in connection with its Motion for Default Judgment against Defendants Desilu Studios, Inc. ("DSI"), Desilu Corporation, and Charles Hensley ("Hensley") (collectively, "Defendants"), and good cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has jurisdiction over the parties to this Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. CBS's Motion for Default Judgment against Defendants is GRANTED and judgment is hereby issued against Defendants on all claims set forth in the Complaint.

3. CBS is the owner of the intellectual property rights, including the common law trademark rights, associated with the name or mark "Desilu" for use in connection with motion picture film production; production and distribution of motion pictures; television show production; distribution of motion picture films; entertainment media production services for motion pictures, television and internet; and film distribution.

4. Defendants have no right to use the name or mark "Desilu" in connection with motion picture film production; motion picture theaters; production and distribution of motion pictures; television show production; distribution of motion picture films; entertainment media production services for motion pictures, television and internet; and film distribution.

5. Defendants have infringed CBS's trademark rights in the Desilu Mark, and thus have violated the Lanham Act, 15 U.S.C. §§ 1125(a)(1)(A), (d), and such violations were willful, intentional, and deliberate, making this an exceptional case under 15 U.S.C. § 1117.

6. The registration of Defendants' service mark "Desilu," Registration No. 5,381,889 ("Infringing Mark"), was obtained or maintained by fraud, in violation of 15 U.S.C. §§ 1064, 1119.

7. The United States Patent and Trademark Office is ordered to cancel the registration of the Infringing Mark, Registration No. 5,381,889, pursuant to 15 U.S.C. §§ 1064, 1119.

8. Defendants and their officers, agents, servants, distributors, affiliates, employees, attorneys, and representatives, and all those in privity or acting in concert with Defendants or on Defendants' behalf are ordered to transfer to Plaintiff the www.desilu-studios.com, www.thedesilustudios.com, and www.desiluinc.com domain names, and any other domain names that contain the DESILU Mark, or any colorable imitation, simulation or typographical variation of it, either alone or in combination with any other term, or any domain name that is confusingly similar to any of the above.

9. Defendants and their officers, agents, servants, distributors, affiliates, employees, attorneys, and representatives, and all those in privity or acting in concert with Defendants or on Defendants' behalf are ordered to voluntarily dissolve the existence of DSI and Desilu Corporation or change those corporate names to remove "Desilu" by filing a Certificate of Dissolution or a Certificate of Amendment of Certificate of Incorporation with the Delaware Secretary of State and to provide evidence of such filings.

10. A permanent injunction shall issue enjoining Defendants and their agents, servants, employees, attorneys successors and assigns, and all those acting in concert or participation with them, from:

    a. Using CBS's Desilu Mark and any colorable imitation or simulation of it.

    b. Registering, renewing, or using, directly or indirectly, www.desilu-studios.com, www.thedesilustudios.com, and www.desiluinc.com or any other domain name that contains the Desilu Mark, or any colorable imitation, simulation or typographical variation of it, either alone or in combination with any other term, or any domain name that is confusingly similar to any of the above.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17413175.1
206091-10015

2

[PROPOSED] JUDGMENT

c.  Using the Infringing Mark, or any substantially similar variation thereof, on or in connection with Defendants' goods or services.

11. Defendants shall pay to CBS the costs of this action together with CBS's reasonable attorneys' fees and disbursements pursuant to 15 U.S.C. § 1117.

**IT IS SO ORDERED**

Dated: MAY 6, 2019

_____
Hon. Andrew J. Guilford
United States District Court for the
Central District of California

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

17413175.1
206091-10015

3

[PROPOSED] JUDGMENT